# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

   V.           CASE NUMBER: **03-C-1234**
                      **(01-Cr-125)**

**JAMES BATEMON, JR.**,

     Movant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED **that James Batemon, Jr.'s petition pursuant to Title 28, United States Code, Section 2255, is DISMISSED.  This case is hereby DISMISSED.**

   **November 4, 2005**         **SOFRON B. NEDILSKY**
Date                    Clerk

                   s/ Linda M. Zik
                  (By) Deputy Clerk